# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS ZAMORA-CUEVAS,<br><br>Defendant. | Case No. CR 22-11-GF-BMM<br><br>**ORDER**<br>**AMENDING JUDGMENT** |

Defendant Jesus Zamora-Cuevas, having filed an Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Judgment (Doc.60) shall be amended to read as follows:

☒ The court makes the following recommendation to the Bureau of Prisons: Defendant shall be placed at FDC Seatac, in Seattle, Washington. DATED this 16th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court